# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 653
:
ORDER AMENDING RULE : CIVIL PROCEDURAL RULES
227.3 OF THE PENNSYLVANIA :
RULES OF CIVIL PROCEDURE : DOCKET
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 16th day of November, 2016, upon the recommendation of the Civil Procedural Rules Committee; the proposal having been submitted without publication pursuant to Pa.R.J.A. 103(a) in the interest of efficient administration:

     **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 227.3 of the Pennsylvania Rules of Civil Procedure is amended in the attached form.

     This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective January 1, 2017.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.